# United States District Court

for

*District of Guam*

**Report for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearings is Attached)*

| | |
|---|---|
| Name of Offender: **Edward Cruz Siguenza** | Case Number: **CR 94-00019-001** |

Name of Sentencing Judicial Officer: Honorable John S. Unpingco

Date of Original Sentence: September 23, 1994

Original Offense: Criminal Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. § 846

Original Sentence: 36 months imprisonment and five years of supervised release with conditions: 1) participate in a substance abuse program and urinalysis; 2) comply with the conditions of supervised release as set forth by the U.S. Probation Office; 3) refrain from excessive alcohol; 4) not use, possess, distribute, or administer any narcotic drug or controlled substance other than that which is prescribed by a physician for medical treatment. **Modified May 11, 1998**: Perform 100 hours of community service. **Modified September 7, 2000:** Perform 150 hours of community service for a total of 250 hours and substance abuse treatment. **Revoked November 21, 2000:** Nine months imprisonment and 51 months of supervised release with conditions. **Modified October 9, 2001:** Perform 100 hours of community service. **Revoked October 29, 2003:** Nine months imprisonment and 42 months of supervised release with conditions: 1) obey all federal, state and local laws; 2) comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; 3) not use or possess illegal controlled substances and submit to one urinalysis test within 15 days of release from custody and to two more urinalysis thereafter; 4) refrain from the use of any and all alcoholic beverages; 5) participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; 6) provide the probation officer access to all medical records; 7) notify the probation officer within 72 hours of obtaining prescription medication and allow for verification of the legitimacy of such medications with all prescribing physicians; 8) obtain and maintain gainful employment; and 9) perform 200 hours of community service. **Modified November 8, 2004:** Perform 200 hours of community service.

Type of Supervision: **Supervised Release**   Date Supervision Commenced: July 28, 2004

## PETITIONING THE COURT

[ ] To extend the term of supervision for _____ years, for a total term of _____ years.

[X] To modify the conditions of supervision as follows:

    1. To delete the special conditions of community service, urinalysis, and substance abuse treatment.

Report for Modifying the
Conditions or Term of Supervision
with Consent of Offender                                                                                                page 2

CAUSE

On July 28, 2004, Edward Siguenza was released from imprisonment on a revocation of supervised release. As part of his special conditions, he was ordered to complete community service, participate in urinalysis, and participate in a substance abuse treatment program. A review of numerous medical documents contained in Mr. Siguenza's file confirmed that he has been diagnosed with a cervical herniated disc and lumbosacral herniated disc. In short, he suffers from chronic back pain and orally takes two tablets of morphine sulfate (30 mg.) every eight hours. Based on his medical condition, Mr. Siguenza's previsouly assigned U.S. Probation Officer, Robert Carreon, suspended Mr. Siguenza from performing any further community service and from attending drug treatment and undergoing urine surveillance.

Mr. Siguenza remains generally compliant with his other conditions of supervised release. On November 16, 2007, he appeared at the U.S. Probation Office for quarterly drug and alcohol testing. With the exception of a positive reading for morphine, he was negative for the use of drugs and alcohol. Mr. Siguenza's term of supervised release is expected to terminate on January 27, 2008.

This Officer respectfully requests that the Court modify the conditions of supervised release by deleting the special conditions requiring Mr. Siguenza to perform community service, participate in urinalysis, and participate in a substance abuse treatment program. Attached is Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Term of Supervision, with Mr. Siguenza's consent to the modification.

| Reviewed by: | Respectfully submitted, |
|---|---|
| GRACE D. FLORES<br>U.S. Probation Officer<br>Acting Supervision Unit Leader | MARIA C. CRUZ<br>U.S. Probation Officer |
| Date:  December 27, 2007 | Date:  December 27, 2007 |

**THE COURT ORDERS**

☐ No Action

☐ The Extension of Supervision as Noted Above.

☐ The Modification of Conditions as Noted Above.

☐ Other

PROB 49
(3/89)

# United States District Court

District    Guam

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**That the special conditions of community service, urinalysis and substance abuse treatment be removed due to documented medical history of chronic back pain and my immobility.**

Witness    _Maria C. Cruz_
U.S. Probation Officer

Signed    _Edward C. Siguenza_
Probationer or Supervised Releasee

Date    12/17/07