# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Edward Cruz Siguenza**  Case Number: **CR 94-00019-001**

Name of Sentencing Judicial Officer: John S. Unpingco

Date of Original Sentence: September 23, 1994

Original Offense: Criminal Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. § 846

Original Sentence: 36 months imprisonment and 60 months of supervised release with conditions: 1) participate in a substance abuse program and urinalysis; 2) comply with the conditions of supervised release as set forth by the U.S. Probation Office; 3) refrain from excessive alcohol; 4) not use, possess, distribute, or administer any narcotic drug or controlled substance other than that which is prescribed by a physician for medical treatment. **Modified May 11, 1998**: Perform 100 hours of community service. **Modified September 7, 2000:** Perform 150 hours of community service for a total of 250 hours and substance abuse treatment. **Revoked November 21, 2000:** Nine months imprisonment and 51 months of supervised release with conditions. **Modified October 9, 2001:** Perform 100 hours of community service. **Revoked October 29, 2003:** Nine months imprisonment and 42 months of supervised release with conditions: 1) obey all federal, state and local laws; 2) comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; 3) not use or possess illegal controlled substances and submit to one urinalysis test within 15 days of release from custody and to two more urinalysis thereafter; 4) refrain from the use of any and all alcoholic beverages; 5) participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; 6) provide the probation officer access to all medical records; 7) notify the probation officer within 72 hours of obtaining prescription medication and allow for verification of the legitimacy of such medications with all prescribing physicians; 8) obtain and maintain gainful employment; and 9) perform 200 hours of community service. **Modified November 9, 2004:** Perform 200 hours of community service. **Modification filed December 28, 2007 (pending action as of January 23, 2008):** This Probation Officer requests the special conditions of community service, urinalysis and substance abuse treatment be removed due to documented medical history of chronic back pain and immobility.

Type of Supervision: Supervised Release  Date Supervision Commenced: July 28, 2004
Assistant U.S. Attorney: Karon V. Johnson  Defense Attorney: G. Patrick Civille

### PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition of supervision, in violation of 18 U.S.C. § 3583(d).

| Violation Number | Nature of Noncompliance |
| --- | --- |
| Mandatory Condition | Failure to refrain from any lawful use of a controlled substance. |

⚖Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:


*See attached Declaration in Support of Petition,
Re: Violation of Supervised Release Conditions; Request for a Summons
submitted by USPO Maria C. Cruz*


Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: January 23, 2008

I declare under penalty of perjury that the foregoing is true and correct.

/s/ MARIA C. CRUZ
U.S. Probation Officer

Executed on: January 23, 2008

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other

# VIOLATION WORKSHEET

1. Defendant **Edward Cruz Siguenza**
2. Docket Number (Year-Sequence-Defendant No.) **CR 94-00019-001**
3. District/Office Guam
4. Original Sentence Date 09 / 23 / 94
   month / day / year

(If different than above):
5. Original District/Office N/A
6. Original Docket Number (Year-Sequence-Defendant No.) N/A

7. List each violation and determine the applicable grade (see § 7B1.1(b))

| Violation(s) | Grade |
|---|---|
| • Tested positive for methamphetamine/amphetamine (January 4, 2008) | C |
| • | |
| • | |
| • | |

8. Most Serious Grade of Violation (see §7B1.1(b))   C
9. Criminal History Category (see §7B1.4(a))   I
10. Range of Imprisonment (see §7B1.4(a))   3 - 9 months

11. Sentencing Options for Grade B and C Violations Only (Check the appropriate box):

[X] (a) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is at least one month but not more than six months, §7B1.3(c)(1) provides sentencing options to imprisonment.

[ ] (b) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than six months but not more than ten months, §7B1.3(c)(2) provides sentencing options to imprisonment.

[ ] (c) If the minimum term of imprisonment determined under §7B1.4 (Term of Imprisonment) is more than ten months, no sentencing options to imprisonment are available.

Defendant: **Edward Cruz Siguenza**

12. **Unsatisfied Conditions of Original Sentence**

    List any restitution, fine, community confinement, home detention, or intermittent confinement previously imposed in connection with the sentence for which revocation is ordered that remains unpaid or unserved at the time of revocation (see §7B1.3(d)):

    | | | | |
    |---|---|---|---|
    | Restitution ($) | N/A | Community Confinement | N/A |
    | S/A Fee ($) | N/A | Home Detention | N/A |
    | CS Hours | 72 hours | Intermittent Confinement | N/A |

13. **Supervised Release**

    If probation is to be revoked, determine the length, if any, of the term of supervised release according to the provisions of § 5D1.1-1.3 (see § 7B1.3(g)(1)).

    Term: N/A to N/A years.

    If supervised release is revoked and the term of imprisonment imposed is less than the maximum term of imprisonment imposable upon revocation, the defendant may, to the extent permitted by law, be ordered to recommence supervised release upon release from imprisonment (see 18 U.S.C. § 3583(e) and § 7B1.3(g)(2)).

    Period of supervised release to be served following release from imprisonment: 24 - 30 months

14. **Departure**

    List aggravating and mitigating factors that may warrant a sentence outside the applicable range of imprisonment:

    At the time of the original sentencing, the court departed downward from the U.S. Sentencing Guidelines pursuant to U.S.S.G. § 5K1.1. Pursuant to U.S.S.G. § 7B1.4, Application Note 4., an upward departure from the revocation imprisonment term is authorized.

15. **Official Detention Adjustment** (see § 7B1.3(e)): 0 months 0 days

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 94-00019-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION IN SUPPORT OF PETITION** |
| vs. | ) | |
| | ) | |
| EDWARD CRUZ SIGUENZA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**Re:** Violation of Supervised Release Conditions; Request for a Summons

I, U.S. Probation Officer Maria C. Cruz, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Edward Cruz Siguenza, and in that capacity declare as follows:

Mr. Siguenza is alleged to have committed the following violation, which is in violation of 18 U.S.C. § 3583(d):

**Mandatory Condition:** *The defendant shall refrain from the unlawful use of a controlled substance.*

On January 4, 2008, Mr. Siguenza reported to the U.S. Probation Office as instructed to submit his monthly supervision report for December 2007. At the request of this Probation Officer, he submitted a urine specimen which tested positive for methamphetamine and morphine. He denied any use of illicit drugs with the exception of morphine which was prescribed by Dr. Gabriel Lombard to address Mr. Siguenza's chronic back pain. The sample was forwarded to Kroll Laboratory Specialists, Inc. for confirmation testing. On January 18, 2008, the results were returned from the laboratory confirming the presence of methamphetamine, amphetamine, morphine, and hydromorphone.

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re: SIGUENZA, Edward Cruz
Criminal Case No. 94-00019-001
January 23, 2008
Page 2

On January 22, 2008, Mr. Siguenza reported to the U.S. Probation Office for a compliance meeting and was questioned about the positive drug test. He admitted to the illegal use of "ice" and reported that he last used "ice" on January 3, 2008, because he wanted to walk and did not want to be bedridden on that particular day. He also expressed that the morphine prescribed by his doctor is no longer effective and he uses "ice" to help him walk. Mr. Siguenza further stated that he does not use "ice" daily or even monthly.

On January 22, 2008, Mr. Siguenza submitted to drug testing and tested presumptive positive for methamphetamine, amphetamine and morphine. Moreover, the specimen submitted by Mr. Siguenza was deemed to be diluted as determined by the Atago refractometer. Mr. Siguenza denied any illegal drug use and the specimen was mailed to Kroll Laboratories for testing.

**Supervision Compliance:** On July 28, 2004, Mr. Siguenza was released from imprisonment on a revocation of supervised release. As part of his special conditions, he was ordered to perform community service, participate in urinalysis, and participate in a substance abuse treatment program. A review of numerous medical documents contained in Mr. Siguenza's file confirmed that he has been diagnosed with a cervical herniated disc and lumbosacral herniated disc. He suffers from chronic back pain and orally takes two tablets of morphine sulfate (30 mg.) every eight hours. Mr. Siguenza is under the medical attention of Dr. Gabriel Lombard. A request was made to the Court by this Officer on December 28, 2007, to remove Mr. Siguenza's special conditions of community service, urinalysis and substance abuse treatment based on his medical condition, however, the request remains pending as of this writing.

Mr. Siguenza remains generally compliant with his other conditions of supervised release. On November 16, 2007, he appeared at the U.S. Probation Office for quarterly drug and alcohol testing. With the exception of a positive result for morphine, he was negative for the use of drugs and alcohol. Mr. Siguenza's term of supervised release is expected to terminate on January 27, 2008.

**Recommendation**: This Officer respectfully requests that the Court issue a Summons for Edward Cruz Siguenza, to appear at a hearing to answer or show cause why supervised release should not be revoked, pursuant to 18 U.S.C. § 3583(e)(3).

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

DECLARATION IN SUPPORT OF PETITION
Violation of Supervised Release Conditions; Request for a Summons
Re:    SIGUENZA, Edward Cruz
Criminal Case No. 94-00019-001
January 23, 2008
Page 3

    Executed this <u>23rd</u> day of January 2008, at Hagatna, Guam, in conformance with the provisions of 28 U.S.C. § 1746.

          Respectfully submitted,

          ROSSANNA VILLAGOMEZ-AGUON
          Chief U.S. Probation Officer

By:  /s/ MARIA C. CRUZ
          U.S. Probation Officer

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc:    Karon V. Johnson, AUSA
      Defense Counsel
      File