# UNITED STATES DISTRICT COURT

for

## District of Guam

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: **Edward Cruz Siguenza**  Case Number: **CR 94-00019-001**

Name of Sentencing Judicial Officer:  John S. Unpingco

Date of Original Sentence:  September 23, 1994

Original Offense: Criminal Conspiracy to Import Methamphetamine, in violation of 21 U.S.C. § 846

Original Sentence: 36 months imprisonment and 60 months of supervised release with conditions: 1) participate in a substance abuse program and urinalysis; 2) comply with the conditions of supervised release as set forth by the U.S. Probation Office; 3) refrain from excessive alcohol; 4) not use, possess, distribute, or administer any narcotic drug or controlled substance other than that which is prescribed by a physician for medical treatment. **Modified May 11, 1998**: Perform 100 hours of community service. **Modified September 7, 2000:** Perform 150 hours of community service for a total of 250 hours and substance abuse treatment. **Revoked November 21, 2000:** Nine months imprisonment and 51 months of supervised release with conditions. **Modified October 9, 2001:** Perform 100 hours of community service. **Revoked October 29, 2003:** Nine months imprisonment and 42 months of supervised release with conditions: 1) obey all federal, state and local laws; 2) comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; 3) not use or possess illegal controlled substances and submit to one urinalysis test within 15 days of release from custody and to two more urinalysis thereafter; 4) refrain from the use of any and all alcoholic beverages; 5) participate in a substance abuse treatment program approved by the U.S. Probation Office for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse and make co-payment for treatment at a rate to be determined by the U.S. Probation Office; 6) provide the probation officer access to all medical records; 7) notify the probation officer within 72 hours of obtaining prescription medication and allow for verification of the legitimacy of such medications with all prescribing physicians; 8) obtain and maintain gainful employment; and 9) perform 200 hours of community service. **Modified November 9, 2004:** Perform 200 hours of community service. **Modification filed December 28, 2007 (pending action as of January 23, 2008):** This Probation Officer requests the special conditions of community service, urinalysis and substance abuse treatment be removed due to documented medical history of chronic back pain and immobility.

Type of Supervision:  Supervised Release  Date Supervision Commenced:  July 28, 2004

Assistant U.S. Attorney:  Karon V. Johnson  Defense Attorney:  G. Patrick Civille

## PETITIONING THE COURT

☐ To issue a warrant
☒ To issue a summons

The probation officer believes that the offender has violated the following condition of supervision, in violation of 18 U.S.C. § 3583(d).

| Violation Number | Nature of Noncompliance |
|---|---|
| Mandatory Condition | Failure to refrain from any lawful use of a controlled substance. |

✎Prob 12C
(12/04)

U.S. Probation Officer Recommendation:

[X] The term of supervision should be

  [X] revoked.

  [ ] extended _____ years, for a total term of _____ years.

[ ] The conditions of supervision should be modified as follows:

*See attached Declaration in Support of Petition,
Re: Violation of Supervised Release Conditions; Request for a Summons
submitted by USPO Maria C. Cruz*

Reviewed by:

/s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

Date: January 23, 2008

I declare under penalty of perjury that the foregoing is true and correct.

/s/ MARIA C. CRUZ
U.S. Probation Officer

Executed on: January 23, 2008

**THE COURT ORDERS:**

[ ] No action.

[ ] The issuance of a warrant.

[X] The issuance of a summons. `A summons shall issue for January 30, 2008, at 1:30 p.m.`

[ ] Other

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jan 23, 2008