≈AO83 (Rev. 10/03) Summons in a Criminal Case

**RECEIVED** UNITED STATES DISTRICT COURT

JAN 24 2008

US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
JAN 24 2008
JEANNE G. QUINATA
Clerk of Court

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

EDWARD CRUZ SIGUENZA

(Name and Address of Defendant)

**SUMMONS IN A CRIMINAL CASE**

Case Number: CR-94-00019-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>520 West Soledad Avenue,<br>Hagatna, Guam 96910 | 302 |
| | **Date and Time** |
| Before: Honorable Joaquin V.E. Manibusan, Jr. | Wednesday, January 30, 2008 at 1:30 pm |

To answer a(n)
☐ Indictment  ☐ Information  ☐ Complaint  ☐ Probation Violation Petition  **X** Supervised Release Violation Petition  ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See Petition for Warrant or Summons for Offender Under Supervision filed separately on January 23, 2008

Carmen B. Santos, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

January 23, 2008
Date

**ORIGINAL**

Case 1:94-cr-00019   Document 99   Filed 01/24/2008   Page 1 of 2

# RETURN OF SERVICE

Service was made by me on:[1]      Date   1/24/2008

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: U.S. Probation Office Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   1/24/2008
          Date

J Salas
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.