# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-94-00019 　　　　　　　　　　DATE: January 30, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 1:44:51 - 1:51:40
CSO: J. McDonald

**APPEARANCES:**

Defendant: Edward Cruz Siguenza　　　　Attorney: Cynthia Ecube
☑ Present ☐ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent:
U.S. Probation: Maria Cruz　　　　　　　U.S. Marshal: D. Punzalan/T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Petition to Revoke Supervised Releas Conditions**

- Financial Affidavit reviewed and accepted: Cynthia Ecube appointed to represent the defendant.
- Defendant admits to all the allegations.
- Disposition hearing is set for February 29, 2008 at 10:00 a.m.
- Defendant to remain released.

NOTES: