# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**EDWARD CRUZ SIGUENZA,**<br><br>Defendant. | CRIMINAL CASE NO. 94-00019-001<br><br><br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **CYNTHIA V. ECUBE** is appointed to represent the defendant in the above-entitled case.

Dated this 30th day of January 2008.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge