# UNITED STATES DISTRICT COURT

_____ DISTRICT _____ **GUAM**

| **UNITED STATES OF AMERICA** | **NOTICE** |
|---|---|
| V. | |
| **EDWARD CRUZ SIGUENZA** | CASE NUMBER: **CR-94-00019** |

TYPE OF CASE:

☐ **CIVIL**     X  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| | |
| | DATE AND TIME |

TYPE OF PROCEEDING

**DISPOSITION HEARING**

X  **TAKE NOTICE** that a proceeding in this case has been rescheduled as indicated below:

| PLACE<br>U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br><br>Hon. Frances M. Tydingco-Gatewood | DATE AND TIME PREVIOUSLY SCHEDULED<br><br>March 17, 2008 at 10:45 A.M. | CONTINUED TO DATE AND TIME<br><br>April 4, 2008 at 10:00 A.M. |
|---|---|---|

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

| March 12, 2008 | Virginia T. Kilgore |
|---|---|
| DATE | /s/ (BY) DEPUTY CLERK |

TO:   U.S. Attorney's Office
      Law Offices of Cynthia V. Ecube
      U.S. Probation Office
      U.S. Marshals Service