1  LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.
2  *A Professional Corporation*
3  207 Martyr Street, Suite 3
   Hagåtña, Guam 96910
4  Telephone: (671) 472-8889/922-8889
5  Telecopier: (671) 472-8890
   Email address: ecubelaw@netpci.com
6

FILED
DISTRICT COURT OF GUAM

MAR 21 2008

JEANNE G. QUINATA
Clerk of Court

7  *Attorney for Defendant*
8  EDWARD C. SIGUENZA

            IN THE DISTRICT COURT OF GUAM
9
            TERRITORY OF GUAM
10

11 UNITED STATES OF AMERICA,          )      CRIMINAL CASE NO. CR94-00019-001
12                                     )
13             *Plaintiff,*            )
                                       )      STIPULATION OF PARTIES TO
14        vs.                          )      CONTINUE DISPOSITION HEARING
15                                     )
16                                     )
   EDWARD C. SIGUENZA,                 )
17                                     )
18             *Defendant.*            )
19 _____    )

20        The Parties hereby request this Honorable Court to continue the disposition hearing in this

21 matter, which is presently set for April 4, 2008 at 10:00 A. M. Be continued for a period of two (2)

22 weeks, or thereafter, or at the courts earliest convenience.

23        This Stipulation is made at the request of the Defendant's Counsel, who will be off island from

24 April 3, 2008 to April 11, 2008, for a conference.

25
26
27
28
29                        ORIGINAL

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Siguenza, Edward C.\Stipulation & Order 3.18.08

1

2

3  Dated this 21st day of _March_ , 2008.

4

5  **LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**        **LEONARDO M. RAPADAS**
   *A Professional Corporation*                    United States Attorney

6                                                   District of Guam and NMI

7

8  By: _____                    By: _____
   **CYNTHIA V. ECUBE, ESQ.**                       **MARIVIC P. DAVID**

9  *Attorney for Defendant*                         *Assistant U.S. Attorney*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

CVE/abs
L:\...\CLIENTS\CVE-CLIENTS\Siguenza, Edward C.\Stipulation & Order 3.18.08