**LAW OFFICE OF CYNTHIA V. ECUBE, ESQ.**
*A Professional Corporation*
207 Martyr Street, Suite 3
Hagåtña, Guam 96910
Telephone: (671) 472-8889/922-8889
Telecopier: (671) 472-8890
Email address: ecubelaw@netpci.com

*Attorney for Defendant*
**EDWARD C. SIGUENZA**

## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* vs. **EDWARD C. SIGUENZA,** *Defendant.* | CRIMINAL CASE NO. **CR94-00019-001** <br><br> **ORDER REGARDING STIPULATION OF PARTIES TO CONTINUE DISPOSITION HEARING** |

**IT IS APPROVED AND SO ORDERED** that the disposition hearing scheduled for April 4, 2008 is hereby continued to **April 23**, 2008 at **9:30** A. M.

SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Mar 24, 2008

*CVE/abs*
*L:\...\CLIENTS\CVE-CLIENTS\Edward C. Siguenza\Order of Parties to Cont. Sentencing Hrng.3.19.08*