# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## REVOCATION

CASE NO.: 94-00019-001                    DATE: April 23, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos        Electronically Recorded: 10:08:21 - 10:14:38

**APPEARANCES:**

Defendant: Edward Cruz Siguenza           Attorney: Cynthia V. Ecube

☑ Present ☐ Custody ☐ Bond ☐ P.R.         ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson              U.S. Agent:
U.S. Probation: Maria Cruz

Interpreter:                              Language:

**PROCEEDINGS: Disposition Hearing**

- U.S. Probation Office recommends that supervised release be terminated. Government has no objections. Court adopts U.S. Probation Office's recommendation and terminates supervised release.

NOTES: